**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

FILED
MARCH 3, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

08 C 1280

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of

Chicago Truck Drivers, Helpers and Warehouse Union (Independent) Pension Fund, a Trust, and Jack Stewart, its Fund Manager and one of its Trustees,
v.
K-S Building Corp., an Illinois corporation.

Case Number:

**JUDGE MAROVICH**
**MAGISTRATE JUDGE VALDEZ**

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Chicago Truck Drivers, Helpers and Warehouse Union (Independent) Pension Fund, a Trust, and Jack Stewart, its Fund Manager and one of its Trustees,

| | |
|---|---|
| NAME (Type or print) | |
| Brandon M. Anderson | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) | |
| s/ Brandon M. Anderson | |
| FIRM | |
| Jacobs, Burns, Orlove, Stanton & Hernandez | |
| STREET ADDRESS | |
| 122 S. Michigan Ave., Suite 1720 | |
| CITY/STATE/ZIP | |
| Chicago, IL 60603 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| 06288938 | 312-327-3427 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ NO ☑ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ NO ☑ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. | |
| RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ | |