UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| CHICAGO TRUCK DRIVERS, HELPERS AND WAREHOUSE UNION (INDEPENDENT) PENSION FUND, a Trust, and JACK STEWART, its Fund Manager and one of its Trustees, | ) ) ) ) ) | |
| Plaintiffs, | ) ) | Case Number:   08 C 1280 |
| v. | ) ) ) | Judge Marovich |
| K-S BUILDING CORP., an Illinois corporation, | ) ) ) | |
| Defendant. | ) | |

## JOINT INITIAL STATUS REPORT

Plaintiffs, the Chicago Truck Drivers, Helpers and Warehouse Workers Union (Independent) Pension Fund and Jack Stewart, and Defendant, K-S Building Supply, Corp., (collectively, the "Parties") through their attorneys submit to the Court their Joint Initial Status Report. As a threshold matter, the Parties report that this case has already been settled and that they are in the process of formalizing their settlement agreement. As stated below, they anticipate that an agreed motion to dismiss will be filed by the end of May 2008

A. Date and Time of Initial Status Hearing

This matter is set for initial status hearing on May 6, 2008 at 11:00 a.m.

B. Attorneys of Record

    a.  Plaintiffs' Attorney(s)

       Thomas J. Angell (lead trial attorney)
       William W. Leathem
       Brandon M. Anderson
       Jacobs, Burns, Orlove, Stanton & Hernandez
       122 S. Michigan Ave., Suite 1720
       Chicago, Illinois 60603
       (312) 372-1646

  b. Defendant's Attorney(s)

       Chris Lyons (lead trial attorney)
       Peters & Lyons
       7035 Veterans Blvd.
       Burr Ridge, IL 60527
       (630) 887-6900

C. Basis of Federal Jurisdiction

This action arises under the Employee Retirement Income Security Act of 1974 ("ERISA"). This Court has jurisdiction over this action pursuant to section 502(e), 29 U.S.C. § 1132(e) and section 4301(c), 29 U.S.C. § 1451(c) of ERISA.

D. Jury Demand

No jury demand has been made at this point.

E. Brief Statement of the Case

  a. Major factual and Legal Issues in Agreement:

Whether Defendant is a member of a control group under Section 4001(b)(1) of ERISA 29 U.S.C. § 1301(b)(1), and therefore liable for an undisputed withdrawal liability assessment under Section 502(a)(3) of ERISA 29 U.S.C. § 1132(a)(3).

In July of 2007 a related lawsuit was filed against Schmit-Kane Pipe & Supply Co. ("Schmit-Kane"), the alleged control group member who was originally assessed the

withdrawal liability obligation. The Parties, as well as Schmit-Kane, have agreed to settle this matter.

b. Major Factual and Legal Issues in Dispute:

None.

F. Relief Sought

Withdrawal liability assessment, interest, liquidated damages, fees and costs in excess of $65,000.

G. Service of Parties Involved

Defendant has been served. Defendant agreed to waive formal service.

H. Anticipated Motions

The Parties have agreed to settle this matter, and, therefore, anticipate that an agreed motion to dismiss will be filed by the end of May 2008

I. Proposed Discovery Plan

The parties have already engaged in written and oral discovery (documents have been produced and one deposition has been taken in connection with the Schmit-Kane litigation). As the Parties have agreed to settle this matter, additional discovery is not necessary at this time. If the settlement is not ultimately consummated, the Parties expect little additional discovery (including but not limited to some interrogatories and requests for admissions, supplemental document productions, and one to two depositions). Any additional discovery would likely be completed by July 31, 2008.

J. Trial Date and Length of Trial

The Parties do not expect this matter to reach trial. If this matter does not ultimately settle, it will likely be resolved by the Parties' summary judgment motions.

K.  Settlement Discussions

As stated above the Parties have agreed on all material settlement terms. At this point, Plaintiffs are drafting a settlement agreement.

L.  Magistrate Judge

The Parties do not consent to trial before the magistrate judge.

Respectfully submitted,


s/Brandon Anderson                                s/Christopher P. Lyons
Brandon M. Anderson                               Chris Lyons
One of Plaintiff's Attorneys                      One of Defendant's Attorneys


Thomas J. Angell                                  Christopher Lyons
William W. Leathem                                PETERS & LYONS
Brandon M. Anderson                               7035 Veterans Blvd.
JACOBS, BURNS, ORLOVE,                            Burr Ridge, IL 60527
STANTON & HERNANDEZ
122 S. Michigan Ave., Ste. 1720
Chicago, Illinois 60603
(312) 372-1646