

Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | George M. Marovich | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 08 C 1280 | DATE | 5/27/2008 |
| CASE TITLE | Chicago Truck Drivers, Helpers and Warehouse Union (Independent) Pension Fimd. et al. V. K-S Building Corp. | | |

**DOCKET ENTRY TEXT**

Statis hearing held. This case is dismissed without prejudice. Enter Agreed Order.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

00:03

| | Courtroom Deputy Initials: | CW |
|---|---|---|