MHW

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CHICAGO TRUCK DRIVERS, HELPERS )
AND WAREHOUSE UNION )
(INDEPENDENT) PENSION FUND, a )
Trust, and JACK STEWART, its Fund )
Manager and one of its Trustees, )  Case Number:  08 C 1280
 )
               Plaintiffs, )  Judge Marovich
 )
v. )
 )
K-S BUILDING CORP., an Illinois )
corporation, )
 )
               Defendant. )

### Agreed Order

The parties by their respective attorneys hereby consent to the entry of this order pursuant to a settlement agreement.

IT IS HEREBY ORDERED THAT: This case is dismissed without prejudice.

Agreed:

/s/Thomas J. Angell
Thomas J. Angell
Jacobs, Burns, Orlove,
Stanton, and Hernandez
122 S. Michigan Ave., Suite 1720
Chicago, Illinois 60603-6145
(312) 372-1646

/s/ Christopher P. Lyons
Christopher P. Lyons
(signature by permission)
Peters & Lyons
7035 Veterans Blvd
Burr Ridge, Illinois 60527
(630) 887-6900

Entered:

DATED: 5/27/08

Judge George M. Marovich